# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANGELA SERGENT as**                                                         **PLAINTIFFS**
special co-personal representative
for the estate of Brenda Christopher,
**ROBIN BALL as**
special co-personal representative
for the estate of Brenda Christopher, and
**SHIRLEY BUMPAS**
individually and as special personal representative
for the estate of Christopher Bryant

**v.**                 **CASE NO. 3:17-CV-00072-BSM**

**SUPERIOR OVERNIGHT SERVICES, INC, et al.**                   **DEFENDANTS**

## ORDER

Consistent with the unopposed motion to dismiss [Doc. No. 21], this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of January 2019.

                                                                                  */s/ Brian S. Miller*
                                                                   **UNITED STATES DISTRICT JUDGE**