IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANGELA SERGENT as** **PLAINTIFFS**
**special co-personal representative**
**for the estate of Brenda Christopher,**
**ROBIN BALL as**
**special co-personal representative**
**for the estate of Brenda Christopher, and**
**SHIRLEY BUMPAS**
**individually and as special personal representative**
**for the estate of Christopher Bryant**

v. CASE NO. 3:17-CV-00072-BSM

**SUPERIOR OVERNIGHT SERVICES, INC, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE